Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
619-291-3399
California State Bar No. 38098

Attorney for Defendant
Benjamin Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-CR-0092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Date: Feb. 15, 2008 |
| | ) | Time: 11:00 a.m. |
| BENJAMIN DANIEL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Benjamin Daniel Williams, through his attorney, Joseph Milchen, hereby joins in the Motion to Compel Discovery, filed by co-defendant Nathaniel Gregory Williams on January 11, 2008 in the above matter.

Dated: January 15, 2008                    s/ Joseph Milchen
                                           Joseph Milchen
                                           Attorney for Defendant
                                           Benjamin Daniel Williams