Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Benjamin Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08-CR-0092 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ) | |
| BENJAMIN DANIEL WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

    Joseph Milchen certifies as follows:

    On January 15, 2008 I electronically served the Motion for Joinder on Assistant U.S. Attorney Dale Blankenship, and on co-counsel Stephen Patrick White.

Dated:  January 15, 2008                s/Joseph Milchen_____
                                                 Joseph Milchen
                                                 Attorney for Defendant
                                                 Benjamin Daniel Williams