1  KAREN P. HEWITT
   United States Attorney
2  A. DALE BLANKENSHIP
   Assistant U.S. Attorney
3  California State Bar No. 235960
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6199/(619) 235-2757 (Fax)
   Email: Dale.Blankenship@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA,         ) | Criminal Case No. 08CR0092-DMS
                                      )
11 |                                  ) |
                   Plaintiff,         ) | **NOTICE OF APPEARANCE**
12 |                                  ) |
        v.                            )
13 |                                  ) |
                                      )
14 | BENJAMIN DANIEL WILLIAMS (1),    )
    NATHANIEL GREGORY WILLIAMS (2), )
15 |                                  ) |
                   Defendant.         )
16 |                                  ) |
                                      )
17 |_____ )

18

19 TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20    I, the undersigned attorney, enter my appearance as co-counsel in the above-captioned case.

21    I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-

22 4.

23    The following government attorneys (who are admitted to practice in this court or authorized to

24 practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for

25 CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

26    Name (If none, enter "None" below)

27    None

28

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u>
2 receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S.
3 Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

4  <u>Name</u> (If none, enter "None" below)

5  None

6  Please call me if you have any questions about this notice.

7  DATED: February 1, 2008

                                              Respectfully submitted,

                                              KAREN P. HEWITT
                                              United States Attorney

                                              *s/A. Dale Blankenship*
                                              _____
                                              A. DALE BLANKENSHIP
                                              Assistant United States Attorney
                                              Attorneys for Plaintiff
                                              United States of America

1

2                          UNITED STATES DISTRICT COURT

3                        SOUTHERN DISTRICT OF CALIFORNIA

4  UNITED STATES OF AMERICA,      )      Case No. 08cr0092-DMS
                                  )
5              Plaintiff,         )
                                  )
6        v.                       )      CERTIFICATE OF SERVICE
                                  )
7  BENJAMIN DANIEL WILLIAMS (1),  )
   NATHANIEL GREGORY              )
8              WILLIAMS (2),      )
                                  )
9              Defendants.        )
                                  )

10

11  IT IS HEREBY CERTIFIED THAT:

12      I, A. DALE BLANKENSHIP  am a citizen of the United States and am at least eighteen years of

13  age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

14      I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance on

15  the following parties by electronically filing the foregoing with the Clerk of the District Court using its

16  ECF System, which electronically notifies them.

17  1. Stephen White
    2. Joseph Milchen
18

19      I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service,

20  to the following non-ECF participants on this case:

21      None

22  the last known address, at which place there is delivery service of mail from the United States Postal

23  Service.

24      I declare under penalty of perjury that the foregoing is true and correct.

25      Executed on February 1, 2008
                                          *s/A. Dale Blankenship*
26                                        A. DALE BLANKENSHIP

27

28

    Notice of Appearance
    United States v.  Williams, et al.                                                    08CR0092-DMS