```
 1  KAREN P. HEWITT
    United States Attorney
 2  A. DALE BLANKENSHIP
    Assistant U.S. Attorney
 3  California State Bar No. 235960
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6199/(619) 235-2757 (Fax)
    Email: Dale.Blankenship@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0092-DMS |
|---|---|---|
| Plaintiff, | ) | DATE: February 15, 2008 |
|  | ) | TIME: 11:00 A.m. |
|  | ) |  |
|  | ) | GOVERNMENT'S NOTICE OF MOTION |
| BENJAMIN DANIEL WILLIAMS(1), | ) | AND MOTION FOR RECIPROCAL |
| NATHANIEL GREGORY WILLIAMS(2), | ) | DISCOVERY |
| Defendants. | ) |  |

NOTICE OF MOTIONS

TO: Joseph Milchen, Esq., Counsel for defendant BENJAMIN DANIEL WILLIAMS (1); and
Stephen P. White, Esq., Counsel for defendant NATHANIEL GREGORY WILLIAMS.

PLEASE TAKE NOTICE that on Friday, February 15, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will move the court for an order granting the Government's Motion for Reciprocal Discovery.

//
//
//
//

MOTIONS

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and A. DALE BLANKENSHIP, Assistant United States Attorney, will hereby move the court for an order granting the Government's motions for reciprocal discovery.

DATED:    February 9, 2008.

                              Respectfully submitted,

                              KAREN P. HEWITT
                              United States Attorney

                              s/ A. Dale Blankenship
                              A. DALE BLANKENSHIP
                              Assistant United States Attorney
                              Attorneys for Plaintiff
                              United States of America
                              Email: Dale.Blankenship@usdoj.gov