/Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorneys for Defendant
Benjamin Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| UNITED STATES OF AMERICA, | ) | Criminal Case No.  08-CR-0092 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Ex Parte Motion to Allow |
| | ) | Additional Services of |
| BENJAMIN DANIEL WILLIAMS, | ) | An Investigator |
| Defendant. | ) | |

Benjamin Daniel Williams, defendant in the above matter, through his counsel of record, Joseph Milchen, hereby moves this court to allow counsel to obtain additional services of investigator Peter Barranco.

This application is based upon Title 18, United States Code, Section 3006A(e)(1), the files and records in this case, and more particularly upon the Declaration of Counsel in Support of this Ex Parte Motion, and any and all matters that may be presented to the court in further support of this application.

/
/

Dated: February 26, 2008                Respectfully submitted,


                                                                Joseph Milchen
                                                              Attorney for Defendant
                                                              Benjamin Daniel Williams

Case 3:08-cr-00092-DMS   Document 19   Filed 02/25/2008   Page 2 of 2