Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorneys for Defendant
Benjamin Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0092 |
| Plaintiff, | ) | |
| v. | ) | Declaration of Counsel in Support Of Ex Parte Motion to Allow Additional Services of an Investigator |
| BENJAMIN DANIEL WILLIAMS, | ) | |
| Defendant. | ) | |

Joseph Milchen, attorney for defendant Benjamin Daniel Williams, declares as follows:

**Services Provided Without Prior Request**

Investigator Peter Barranco has been engaged by me to assist in the preparation of the defense in this matter. The maximum amount of funds available without prior authorization ($500.00) has been used up when he carried on my directives for investigation prior to the date of this Motion.

**Need for Additional Investigative Services**

It is respectfully requested that the court authorize an additional fourteen (14) hours of services by investigator Barranco at the investigator's rate of $55.00 per hour, for a possible maximum of $770.00 in additional fees for the investigation in this case.

In this case, defendant is facing a mandatory minimum sentence of 10 years, due to the quantity of cocaine that is charged in the Indictment. It is likely that he will be convicted with a plea of "guilty" pursuant to a Plea Agreement, or he will be found "guilty" at a trial.

Defendant is eligible for the "safety valve." In this regard, certain investigation must be accomplished prior to the interview that is required by the provisions relating to the "safety valve."

Although an additional fourteen (14) hours is requested, it may be that the investigative effort will not take that much time.

This request is being made pursuant to Title 18, United States Code, Section 3006A(e)(1). These services are necessary in preparation of the defense in this matter.

Dated:  February 25, 2008                Respectfully submitted,


                                         Joseph Milchen
                                         Attorney for Defendant
                                         Benjamin Daniel Williams