Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Benjamin Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR-0092 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| BENJAMIN DANIEL WILLIAMS, | |
| Defendant. | |

Joseph Milchen certifies as follows:

On February 25, 2008 I electronically served the Ex Parte Motion to Allow Additional Fees for Investigation on Assistant U.S. Attorney Dale Blankenship, and on co-counsel Stephen Patrick White.

Dated: February 25, 2008         s/Joseph Milchen_____
                                 Joseph Milchen
                                 Attorney for Defendant
                                 Benjamin Daniel Williams