Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorneys for Defendant
Benjamin Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Order Authorizing Fees for |
| v. | ) | Investigator |
| | ) | |
| | ) | |
| BENJAMIN DANIEL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing in the Ex Parte Motion to Allow Additional Fees for Investigation submitted in this matter by defendant Benjamin Daniel Williams on February 25, 2008, it is hereby ordered pursuant to Title 18, United States Code, Section 3006A (e)(1) that claims of investigator Peter Barranc0 for up to an additional fourteen (14) hours at the rate of $55.00 per hour, plus expenses, are authorized for payment for time spent to

complete the investigation directed by the attorney for Benjamin Daniel Williams, Joseph Milchen.

DATED: February 26, 2008

_____
HON. DANA M. SABRAW
United States District Judge