Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
619-291-3399
California State Bar No. 38098

Attorney for Defendant
Benjamin Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0092 |
| Plaintiff, | ) | |
| v. | ) | Joint Motion to Continue Sentencing Hearing Date |
| BENJAMIN DANIEL WILLIAMS, | ) | |
| Defendant. | ) | |

Defendant Benjamin Daniel Williams, by and through his attorney, Joseph Milchen, and Plaintiff Untied States of America, through its attorney, Assistant United States Attorney Dale Blankenship, hereby joint move that the sentencing hearing date in the above matter be continued from June 20, 2008, at 9:00 a.m. to July 11, 2008, at 9:00 a.m.

Dated:  June 16, 2008          s/Joseph Milchen

                               Joseph Milchen
                               Attorney for Defendant
                               Benjamin Daniel Williams

Case 3:08-cr-00092-DMS     Document 33     Filed 06/16/2008     Page 2 of 2