Joseph Milchen
Attorney at Law
136 Redwood Street
San Diego, CA 92103
(619) 291-3399
California State Bar No. 38098

Attorney for Defendant
Benjamin Daniel Williams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>BENJAMIN DANIEL WILLIAMS,  )<br>  )<br>      Defendant.  )<br>  )<br>_____ ) | Case No. 08-CR-0092<br><br><br><br>CERTIFICATE OF SERVICE |

Joseph Milchen certifies as follows:

On June 16, 2008 I electronically served the Joint Motion to Continue the Sentencing Hearing Date on Assistant U.S. Attorney Dale Blankenship, and on co-counsel Stephen Patrick White.

Dated: June 16, 2008                    s/Joseph Milchen_____
                                        Joseph Milchen
                                        Attorney for Defendant
                                        Benjamin Daniel Williams