UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Dana M. Sabraw)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0092 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Order Continuing Sentencing |
| v. | ) | Hearing Date |
| | ) | |
| BENJAMIN DANIEL WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| ) | | |

Pursuant to the Joint Motion of the Parties to Continue the Sentencing Hearing Date, it is hereby ordered that the sentencing hearing presently scheduled for June 20, 2008, at 9:00 a.m. is continued to July 11, 2008, 9:00 a.m.

DATED:   June 16, 2008

_____
HON. DANA M. SABRAW
United States District Judge